```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20 Mag. 12052-1
     -against-                       :   ORDER
                                     :
Kadeem Dean                          :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

KEVIN N. FOX, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include travel to the District of New Jersey.

    Dated: New York, New York
           January 7, 2021

                                        SO ORDERED:

                                        _____
                                        KEVIN N. FOX
                                        U.S. Magistrate Judge