

**ROBERT M. BEECHER**
ATTORNEY AND COUNSELOR AT LAW
15 BARBERRY LANE
NEW PROVIDENCE, NJ 07974
1-(908)-771-0095

VOICE (24 HOURS) AND FAX
1-(908)-771-0095

EMAIL: BEECHBOB@COMCAST.NET
CELL: 1-(908)-347-4185

ADMITTED: NEW YORK, PENNSYLVANIA,
UNITED STATES DISTRICT COURT: SOUTHERN AND
EASTERN DISTRICT OF NEW YORK,
UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT,
UNITED STATES TAX COURT

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAR 3 1 2021

Filed on ECF

March 30, 2021

Re: *Kadeem Dean* 21 CR 09 (GBD)

Dear Judge Daniels,

Mr. Dean is currently subject to pretrial services conditions that include travel restrictions to New York and New Jersey.

Mr. Dean has secured employment driving a freight delivery vehicle which, by its very nature, requires travel within the tri-state region so as to make his deliveries. This includes Pennsylvania and Connecticut, as well as New York and New Jersey.

I have requested that his travel restrictions be modified to include Pennsylvania and Connecticut so as to facilitate his job requirements. His pretrial services officer, Andrew Dziopa of the Newark office has no objections to this modification. SDNY pretrial, PTSO Jonathan Lettieri also does not object, on the understanding that this modification permits his travel to Pennsylvania and Connecticut when necessary for his employment. AUSA Sarah Kushner also does not object to this modification of his travel restrictions so as to accommodate his employment.

Your order endorsement approving this modification is very much appreciated.

_____/s/_____
Robert Beecher