```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :    21 Cr. 9-1 (GBD)
     -against-                         :    ORDER
                                       :
Kadeem Dean                            :
                                       :
          Defendant                    :
                                       :
---------------------------------------X
```

GEORGE B. DANIELS, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition he reside at 33 University Place Blvd., Jersey City, New Jersey, to be replaced with: maintain residence and do not relocate without prior approval from Pretrial Services.

Dated: New York, New York
       JUN 16 2021

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge