**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

-against-

KADEEM DEAN

                     Defendant.

------------------------------------ X

ORDER

21 Crim. 9 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is rescheduled for June 22, 2021 at 9:30 a.m.

Dated: New York, New York
       June 16, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge