**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

KADEEM DEAN

Defendant.

------------------------------------- X

ORDER

21 Crim. 9 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from July 21, 2021 to September 21, 2021 at 9:45 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
July 14, 2021

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE