U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2021

**BY ECF**
The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 26 2021

**Re:** *United States v. Kadeem Dean*, 21 Cr. 09 (GBD)

Dear Judge Daniels:

The Government respectfully submits this joint letter regarding the status conference currently scheduled for November 3, 2021, at 10:00 a.m. (Dkt. No. 30.) The Government and defense counsel have conferred and respectfully request that the conference be adjourned for a period of 30 days, to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. For the same reason, the Government, with the defendant's consent, respectfully requests that time be excluded in the interim. This is the parties' fifth request for an adjournment. The prior requests were granted.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

cc:    Robert Beecher, Esq. (by ECF)