**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

KADEEM DEAN

                Defendant.

------------------------------------ X

NOV 01 2021

ORDER

21 Crim. 9 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from November 3, 2021 to December 7, 2021 at 9:45 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
      November 1, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge