**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

KADEEM DEAN,

                        Defendants.

------------------------------------------x

ORDER

21 Cr. 00009 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the open motion at ECF No. 41 as having been resolved by this Court's order at ECF No. 43.

Dated: October 13, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge