**ROBERT M. BEECHER**
ATTORNEY AND COUNSELOR AT LAW
15 BARBERRY LANE
NEW PROVIDENCE, NJ 07974
1-(908)-771-0095

VOICE (24 HOURS) AND FAX
1-(908)-771-0095

EMAIL: BEECHBOB@COMCAST.NET
CELL: 1-(908)-347-4185

ADMITTED: NEW YORK, PENNSYLVANIA,
UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND
EASTERN DISTRICTS OF NEW YORK AND NORTHERN DISTRICT OF ILLINOIS,
UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT,
UNITED STATES TAX COURT, CERTIFIED FRAUD EXAMINER

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: OCT 13 2022

BY ECF FILING

October 12, 2022

Re: *Kadeem Dean* 21 CR 09 (GBD)

Dear Judge Daniels,

The above-referenced case is currently scheduled for sentencing on November 16, 2022.

As the government is aware, Mr. Dean is currently the subject of proceedings in the Northern District of Illinois, pending before USDJ John Kness, 2021 CR 277. The outcome of these proceedings will likely impact our case before Your Honor. At this point, it is unclear as to the near-term scheduling of the NDIL case.

We therefore respectfully request that Mr. Dean's sentencing be adjourned until March 1, 2023. @ 10:00 a.m.


_____/RB/_____
Robert Beecher
Attorney for Kadeem Dean

cc. By email PDF and ECF to AUSA Sara Kushner
and US. Probation Officer Stephanie McMahon
Sarah.Kushner@usdoj.gov, Stephanie_McMahon@nysp.uscourts.gov