UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
UNITED STATES OF AMERICA,

   -against-

KADEEM DEAN,

                 Defendant.
--------------------------------------- x

ORDER

21 Crim. 00009 (GBD)

Upon the application of the defendant, Kadeem Dean, and his counsel, Robert Beecher, and with the consent of SDNY Pretrial Services and the Office of the United States Attorney for the Southern District of New York, Assistant United States Attorney Sarah Kushner,

**AND WHEREAS**, Mr. Dean must personally appear in the Northern District of Illinois regarding 21 Cr. 277, USDJ-11, John F. Kness the week of February 6, 2023;

**AND WHEREAS,** Mr. Dean requests that he be permitted to take on trucking jobs to the Northern District of Illinois and return therefrom in order to offset the cost of this travel;

**IT IS HEREBY ORDERED** that Mr. Dean may travel to the Northern District of Illinois the week of February 6, 2023, and acquire trucking jobs to the Northern District of Illinois and return therefrom, in order to offset the costs of this travel, is **GRANTED**.

Dated: January 5, 2023
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge