UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

KADEEM DEAN,

               Defendant.

------------------------------------ x

ORDER

21 Crim. 00009 (GBD)

The March 1, 2023 sentencing is adjourned until May 23, 2023 at 10:00 a.m.

Dated: February 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge