UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

KADEEM DEAN,

                    Defendant.

ORDER

21 Crim. 9 (GBD)

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Defendant's successive requests for its assistance in having the Bureau of Prisons designate him to a federal correctional facility in which to serve his two concurrent federal sentences of 37 and 60 months.[1] (*See* ECF Nos. 65, 66, 67.) Per a search on the Bureau of Prisons' inmate locator tool,[2] Defendant is no longer in federal custody, and is currently serving a concurrent 42-month sentence in state custody. Therefore, Defendant's requests are DENIED as moot.

Dated: October 19, 2023
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge

---

[1] Defendant was also sentenced to a term of 24 months, to run consecutively to his 60-month sentence. See J., *United States v. Dean*, No. 21-cr-277-11 (N.D. Ill.), ECF No. 795, at 2.

[2] *See Inmate Lookup*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc.